# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| End Citizens United PAC, | |
|     *Plaintiff-Appellant*, | |
| v. | Case No. 22-5277 |
| Federal Election Commission, | |
|     *Defendant-Appellee,* | |
| and | |
| New Republican PAC, | |
|     *Intervenor-Appellee.* | |

## APPELLANT END CITIZENS UNITED PAC'S
## CONSENT MOTION TO EXTEND TIME

Appellant End Citizens United PAC respectfully moves for an order extending its deadline to file its opening brief and the appendix by one week and resetting the subsequent deadlines for Appellees' brief and Appellant's reply brief accordingly. Counsel for Appellant has conferred with counsel for Appellee New Republican PAC, which consents to the requested relief. (Appellee Federal Election Commission has not appeared in this case.)

There is good cause for this motion. On December 9, 2022, the Court issued an order setting January 18, 2023 as the deadline for Appellant's brief and the

appendix; February 17, 2023 as the deadline for the Appellees' brief; and March 10, 2023 as the deadline for the Appellant's reply brief. Given the upcoming holiday period, undersigned counsel will be on leave from December 23, 2022 to January 2, 2023. Moreover, in a separate case pending before this Court, Appellant and undersigned counsel have a deadline to file a reply brief on Friday, January 13, 2023 (*see* Order dated Nov. 28, 2022, *End Citizens United PAC v. FEC*, No. 22-5176, Doc. #1975130), which is two business days before the current January 18, 2023 deadline for Appellant's brief and the appendix in this case. The requested extension would thus provide necessary time for Appellant and undersigned counsel to prepare and file Appellant's brief and the appendix in this matter, while maintaining the current amount of time the briefing schedule provides for the Appellee to file its brief and for Appellant to file its reply.

Appellant End Citizens United PAC therefore respectfully requests that the Court adjust the current briefing schedule accordingly:

- Appellant's Brief – deadline extended from January 18 to January 25, 2023

- Appendix – deadline extended from January 18 to January 25, 2023

- Appellees' Brief – deadline reset from February 17 to February 24, 2023

- Appellant's Reply Brief – deadline reset from March 10 to March 17, 2023

Date: December 16, 2022

          Respectfully submitted,

          /s/ *Kevin P. Hancock*

          CAMPAIGN LEGAL CENTER ACTION
          Adav Noti (D.C. Bar 490714)
          Kevin P. Hancock (D.C. Bar 90000011)
          1101 14th Street, NW, Suite 400
          Washington, D.C. 20005
          (202) 736-2000
          anoti@campaignlegalcenter.org
          khancock@campaignlegalcenter.org

          *Counsel for Plaintiff-Appellant*

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 321 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f) and Circuit Rule 32(e)(1). This motion complies with the format requirements of Fed. R. App. P. 27(d)(1)(E), the typeface requirements of Fed. R. App. P. 32(a)(5), and the type-style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared using Microsoft Office Word 2016 in Times New Roman 14-point font.

## CERTIFICATE OF SERVICE

The undersigned certifies that I filed the foregoing document using this Court's CM/ECF system, which effected service on all parties, on December 16, 2022.

/s/ *Kevin P. Hancock*
Kevin P. Hancock
