# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 22-5277** | **September Term, 2022** |
| | **1:21-cv-02128-RJL** |
| | **Filed On: December 19, 2022** [1978217] |

End Citizens United PAC,

    Appellant

  v.

Federal Election Commission and New Republican PAC,

    Appellees

## O R D E R

Upon consideration of appellant's consent motion for extension of time, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | January 25, 2023 |
| Appendix | January 25, 2023 |
| Appellees' Brief | February 24, 2023 |
| Appellant's Reply Brief | March 17, 2023 |

            **FOR THE COURT:**
            Mark J. Langer, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk