# United States Court of Appeals for the District of Columbia Circuit

### No. 22-5277

END CITIZENS UNITED PAC,

*Plaintiff-Appellant,*

v.

FEDERAL ELECTION COMMISSION,

*Defendant-Appellee,*

NEW REPUBLICAN PAC,

*Intervenor-Appellee.*

_____

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,

*Amicus Curiae for Appellant.*

*On Appeal from the United States District Court for the District of Columbia in No. 1:21-cv-02128-RJL, Honorable Richard J. Leon, U.S. Senior District Judge.*

## UNOPPOSED MOTION FOR INVITATION TO PARTICIPATE AS *AMICUS CURIAE* BY CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON IN SUPPORT OF APPELLANT'S PETITION FOR REHEARING *EN BANC*

Stuart C. McPhail
smcphail@citizensforethics.org
Adam J. Rappaport
arappaport@citizensforethics.org

CITIZENS FOR RESPONSIBILITY AND
 ETHICS IN WASHINGTON
1331 F Street, N.W., Suite 900
Washington, D.C. 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020

*Counsel for Amicus Curiae*

February 27, 2024

CP COUNSEL PRESS    (800) 4-APPEAL • (327882)

Pursuant to Federal Rule of Appellate Procedure 29(b)(2) and D.C. Circuit Rule 35(f), Citizens for Responsibility and Ethics in Washington ("CREW") requests an invitation to participate as *amicus curiae* in support of Appellant's Petition for Rehearing En Banc, Doc. # 2041239. No party opposes CREW's request for an invitation.

CREW's interest in this matter arises from CREW's mission to combat corrupting influences in government and to protect citizens' right to know the source of contributions that fund campaign expenditures. Among its principal activities, CREW monitors FEC filings to ensure complete disclosure as required by law and utilizes those filings to craft reports for public consumption. Further, where CREW detects a violation of our Nation's campaign finance laws, CREW files complaints with the FEC and, when the FEC fails to enforce, litigates against the FEC pursuant to 52 U.S.C. § 30109(a)(8).

CREW, moreover, was the litigant in the decisions applied below to erroneously terminate judicial review, in contravention of precedent and the Federal Election Campaign Act. *See End Citizens United PAC v. FEC*, 90 F.4th 1172, 1177–78 (D.C. Cir. 2024) (*citing CREW v. FEC ("New Models")*, 993 F.3d 880 (D.C. Cir. 2021); *CREW v. FEC ("CHGO")*, 892 F.3d 434 (D.C. Cir. 2018)). CREW previously sought en banc review of both of those decisions, but the Circuit

1

"evenly split" on the first and declined the second, with two judges abstaining. *CREW v. FEC ("New Models II")*, 55 F.4th 918, 918, 926 (D.C. Cir. 2022) (Millett, J., dissenting).

      CREW's proposed brief as *amicus curiae* in support of Appellant's petition for rehearing en banc is attached to this motion.

Dated: February 27, 2024                          Respectfully submitted,

*/s/ Stuart McPhail*
Stuart C. McPhail
*smcphail@citizensforethics.org*
(D.C. Bar. No. 1032529)
Adam J. Rappaport
*arappaport@citizensforethics.org*
(D.C. Bar No. 479866)
Citizens for Responsibility and Ethics
  in Washington
1331 K Street, N.W., Suite 900
Washington, D.C. 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020

*Attorneys for Citizens for Responsibility
  and Ethics in Washington*

# CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and Circuit Rule 32(e)(1):

   [ X ] this document contains 266 words, or

   [   ] this brief uses a monospaced typeface and contains [*state the number of*] lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

   [ X ] this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14pt Times New Roman; or

   [   ] this document has been prepared in a monospaced typeface using [*state name and version of word-processing program*] with [*state number of characters per inch and name of type style*].

Dated: Feb. 27, 2024                    */s/ Stuart McPhail*
                                        Stuart C. McPhail
                                        *Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2024, I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system, thereby serving all persons required to be served.

*/s/ Stuart McPhail*
Stuart C. McPhail
*Counsel for Amicus Curiae*
