# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5277**                                    **September Term, 2023**

**1:21-cv-02128-RJL**

**Filed On:** March 11, 2024

End Citizens United PAC,

      Appellant

      v.

Federal Election Commission and New
Republican PAC,

      Appellees


**BEFORE:**    Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins,
Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges


## O R D E R

Upon consideration of the unopposed motion for invitation to participate as amicus curiae in support of appellant's petition for rehearing en banc, filed by movant Citizens for Responsibility and Ethics in Washington, and the lodged brief, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amicus curiae.

### Per Curiam


                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

            BY:    /s/
                    Daniel J. Reidy
                    Deputy Clerk