# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-5277**                                    **September Term, 2024**

**1:21-cv-02128-RJL**

**Filed On:** February 21, 2025

End Citizens United PAC,

       Appellant

   v.

Federal Election Commission and New
Republican PAC,

       Appellees

**BEFORE:**     Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins,
Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that the parties be prepared to discuss at oral argument how the fact that the 2024 election is over may affect mootness.  See Nader v. FEC, 725 F.3d 226, 228-29 (D.C. Cir. 2013); FEC v. Akins, 524 U.S. 11, 21 (1998); McConnell v. FEC, 540 U.S. 93, 226 (2003).

**Per Curiam**

                  **FOR THE COURT:**
                  Clifton B. Cislak, Clerk

          BY:   /s/
                  Michael C. McGrail
                  Deputy Clerk