IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| END CITIZENS UNITED PAC, | § § § § § § § § § § § § | No. 22-5277 |
| Appellant, | | |
| v. | | |
| FEDERAL ELECTION COMMISSION AND NEW REPUBLICAN PAC, | | |
| Appellees, | | |

**INTERVENOR-APPELLEE NEW REPUBLICAN PAC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 26.1, Intervenor-Appellee New Republican PAC hereby certifies that New Republican PAC has no parent companies, subsidiaries, or affiliates. New Republican PAC has no outstanding securities in the hands of the public, and no company possesses a 10% or greater ownership interest in New Republican PAC.

New Republican PAC is a non-profit, non-stock corporation incorporated in Virginia and operates as a non-profit political organization pursuant to section 527 of the Internal Revenue Code. New Republican PAC is registered with the Federal Election Commission (FEC) as an independent-expenditure-only political committee, more commonly known as a "Super PAC," and reports its activity to the FEC in regular financial activity reports. New Republican PAC's purpose and mission is to help rebrand the Republican Party in favor of a framework consistent with conservative principles, including favoring open economy, an open education system, an open health care system, organic bottom-up solutions to problems, and

empowering people at the local level. New Republican PAC makes independent expenditures in furtherance of this purpose.

DATED: November 18, 2022        Respectfully Submitted,

*/s/ Jason B. Torchinsky*
Jason B. Torchinsky (DCB 976033)
Edward M. Wenger (DCB 1001704)
Phillip M. Gordon (DCB 1531277)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2300 N Street NW, Suite 643A
Washington, DC 20037
(202) 737-8808 (telephone)
(540) 341-8809 (facsimile)
*jtorchinsky@holtzmanvogel.com*
*emwenger@holtzmanvogel.com*
*pgordon@holtzmanvogel.com*

*Attorneys for Intervenor-Appellee*
*New Republican PAC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Corporate Disclosure Statement is being filed electronically with the Clerk of the Court by using the CM/ECF system on this 18th day of November 2022, thereby serving it on all counsel of record and persons who have appeared in this case.

/s/ Jason B. Torchinsky
JASON B. TORCHINSKY