UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| End Citizens United PAC,<br><br>    *Plaintiff-Appellant*,<br><br>v.<br><br>Federal Election Commission,<br><br>    *Defendant-Appellee,*<br><br>and<br><br>New Republican PAC,<br><br>    *Intervenor-Appellee*. | Case No. 22-5277 |

**APPELLANT END CITIZENS UNITED PAC'S CERTIFICATE
AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to this Court's Order of October 20, 2022, and Circuit Rule 28(a)(1), Appellant End Citizens United PAC ("End Citizens United") submits its Certificate as to Parties, Rulings, and Related Cases.

**(A) Parties and Amici.** End Citizens United is the plaintiff in the district court and Appellant in this Court. Pursuant to Circuit Rule 26.1, End Citizens United certifies that it has no parent companies and no publicly held company with a 10% or greater ownership interest. End Citizens United is a political action committee

whose mission is to get big money out of politics and protect the right to vote by working to elect reform-oriented politicians, pass meaningful legislative reforms, and elevate electoral issues in the national conversation.

The Federal Election Commission is the defendant in the district court but defaulted and has not appeared in the district court or in this Court. New Republican PAC ("New Republican") was granted leave by the district court to intervene in the action as a defendant and is an Appellee in this Court.

**(B) Rulings Under Review.** End Citizens United appeals the September 16, 2022 memorandum opinion (Doc. 36) and order (Doc. 37) of the U.S. District Court for the District of Columbia (Leon, J.) granting defendant-intervenor New Republican's Cross-Motion for Summary Judgment and denying plaintiff-appellant End Citizens United's Motion for Default Judgment, or, in the Alternative, for Summary Judgment. The September 16, 2022 opinion is not published in the federal reporter but is available at 2022 WL 4289654 and is attached to End Citizens United's Notice of Appeal, which was entered on this Court's docket on October 20, 2022.

**(C) Related Cases.** The appealed ruling has not previously been before this Court or any other court. There are no related cases pending before this Court or any other court of which counsel is aware.

Date: November 21, 2022

                              Respectfully submitted,

                              /s/ *Kevin P. Hancock*

                              CAMPAIGN LEGAL CENTER ACTION
                              Adav Noti (D.C. Bar No. 490714)
                              Kevin P. Hancock (D.C. Bar No. 90000011)
                              1101 14th Street, NW, St. 400
                              Washington, D.C. 20005
                              (212) 736-2000
                              anoti@campaignlegalcenter.org
                              khancock@campaignlegalcenter.org

                              *Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

The undersigned certifies that I filed the foregoing document using this Court's CM/ECF system, which effected service on all parties, on November 21, 2022.

<u>/s/ *Kevin P. Hancock*</u>
Kevin P. Hancock