# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 22-5277
2. DATE DOCKETED: 10/20/2022
3. CASE NAME (lead parties only): End Citizens United PAC v. Federal Election Commission
4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ○ Yes  ⦿ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action 1:21-cv-02128-RJL
      Criminal _____
      Miscellaneous _____
      Bankruptcy Court Docket No.
      Bankruptcy _____
      Adversary _____
      Ancillary _____
      Tax Court Docket No.
      Tax _____
   b. Review is sought of:
      ☒ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Richard J. Leon          Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): 09/16/2022   e. Date notice of appeal filed: 10/20/2022
   f. Has any other notice of appeal been filed in this case?  ○ Yes  ⦿ No  If YES, date filed: _____
   g. Are any motions currently pending in trial court?  ○ Yes  ⦿ No  If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ○ Yes  ⦿ No
      If NO, why not? The ruling under review was decided on the pleadings so no transcript is necessary.
   i. Has this case been before the Court under another appeal number?  ○ Yes  Appeal # _____  ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ⦿ No  If YES, give each case's court and case name, and docket number: _____
   k. Does this case turn on validity or correct interpretation or application of a statute?  ⦿ Yes  ○ No
      If YES, give popular name and citation of statute Federal Election Campaign Act of 1971, 52 U.S.C. 30101 et seq.
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ⦿ No  If so, provide program name and participation dates

Signature /s/ Kevin P. Hancock          Date 11/21/2022
Name of Party End Citizens United PAC
Name of Counsel for Appellant/Petitioner Kevin P. Hancock
Address CLC Action, 1101 14th St. NW, Ste 400, Washington, DC 20005
Phone (202) 736-2200   Fax (202) 736-2222

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)