UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| End Citizens United PAC, <br><br> *Plaintiff-Appellant*, <br><br> v. <br><br> Federal Election Commission, <br><br> *Defendant-Appellee,* <br><br> and <br><br> New Republican PAC, <br><br> *Intervenor-Appellee*. | Case No. 22-5277 |

**APPELLANT END CITIZENS UNITED PAC'S STATEMENT OF INTENT REGARDING DEFERRED JOINT APPENDIX**

Pursuant to this Court's Order of October 20, 2022, Appellant End Citizens United PAC hereby informs the Court that it does not intend to utilize a deferred joint appendix in this appeal.

Date: November 21, 2022

        Respectfully submitted,

        <u>/s/ *Kevin P. Hancock*</u>

        CAMPAIGN LEGAL CENTER ACTION
        Adav Noti (D.C. Bar No. 490714)
        Kevin P. Hancock (D.C. Bar No. 90000011)
        1101 14th Street, NW, St. 400
        Washington, D.C. 20005
        (212) 736-2000
        anoti@campaignlegalcenter.org
        khancock@campaignlegalcenter.org

        *Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

The undersigned certifies that I filed the foregoing document using this Court's CM/ECF system, which effected service on all parties, on November 21, 2022.

/s/ <u>*Kevin P. Hancock*</u><br>Kevin P. Hancock