UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| End Citizens United PAC, | |
|     *Plaintiff-Appellant*, | |
| v. | Case No. 22-5277 |
| Federal Election Commission, | |
|     *Defendant-Appellee,* | |
| and | |
| New Republican PAC, | |
|     *Intervenor-Appellee*. | |

**APPELLANT END CITIZENS UNITED PAC'S STATEMENT
OF ISSUES TO BE RAISED**

Pursuant to this Court's Order of October 20, 2022, Appellant End Citizens United PAC submits its Statement of Issues to be Raised in this appeal:

1. Whether the district court erred in granting defendant-intervenor New Republican PAC's Cross-Motion for Summary Judgment and denying plaintiff-appellant End Citizen United PAC's Motion for Default Judgment, or, in the Alternative, for Summary Judgment.

Date: November 21, 2022

        Respectfully submitted,

        <u>/s/ *Kevin P. Hancock*</u>

        CAMPAIGN LEGAL CENTER ACTION
        Adav Noti (D.C. Bar No. 490714)
        Kevin P. Hancock (D.C. Bar No. 90000011)
        1101 14th Street, NW, St. 400
        Washington, D.C. 20005
        (212) 736-2000
        anoti@campaignlegalcenter.org
        khancock@campaignlegalcenter.org

        *Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

The undersigned certifies that I filed the foregoing document using this Court's CM/ECF system, which effected service on all parties, on November 21, 2022.

/s/ *Kevin P. Hancock*
Kevin P. Hancock